STATE OF NEW JERSEY v. RADAMES ORTIZ.

January 14, 1985.

Petition for certification denied.

TOWNSHIP OF HOWELL v. WASTE DISPOSAL, INC., A NEW JERSEY CORPORATION AND STATE OF NEW JERSEY, DEPT. OF ENVIRONMENTAL PROTECTION.

January 14, 1985.

ORDERED that the motion for leave to appeal is granted and the matter is summarily remanded to the Appellate Division for consideration on the merits. Jurisdiction is not retained.

DEMSCHA & RAZIN INTERNATIONAL FOODS, INC. v. ADAM BALANAN T/A ADAMBA.

January 22, 1985.

It is ORDERED that the petition for certification is granted, limited solely to defendant's issue on appeal regarding the amount of damages awarded under the trial court's judgment of December 27, 1982.

The matter is summarily remanded to the Appellate Division for reconsideration of this issue. The petition for certification is, in all other respects, denied.

Jurisdiction is not retained.